**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Norman Alan KERR, Defendant–
Appellant.**

**No. 12–7082.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Oct. 16, 2012.

Decided: Oct. 23, 2012.

Norman Alan Kerr, Appellant Pro Se.
Robert Albert Jamison Lang, Angela Hew-
lett Miller, Assistant United States Attor-
neys, Greensboro, North Carolina, for Ap-
pellee.

Before AGEE, DAVIS, and DIAZ,
Circuit Judges.

Dismissed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Norman Alan Kerr seeks to appeal the
district court's order dismissing his 28
U.S.C.A. § 2255 (West Supp.2012) motion

without prejudice to his right to refile the
motion on the proper forms following the
conclusion of his direct appeal.* The dis-
trict court referred this case to a magis-
trate judge pursuant to 28 U.S.C.A.
§ 636(b)(1)(B) (West 2006 & Supp.2012).
The magistrate judge recommended that
the motion be dismissed and advised Kerr
that the failure to file timely and specific
objections to this recommendation could
waive appellate review of a district court
order based upon the recommendation.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned of the
consequences of noncompliance. *Diamond
v. Colonial Life & Accident Ins. Co.*, 416
F.3d 310, 315–16 (4th Cir.2005); *Wright v.
Collins*, 766 F.2d 841, 845–46 (4th Cir.
1985). Kerr has waived appellate review
of the district court's order by failing to
file objections to the magistrate judge's
recommendation after receiving proper no-
tice. Accordingly, we deny a certificate of
appealability, deny Kerr's motion to ap-
point counsel, and dismiss the appeal.

We dispense with oral argument because
the facts and legal contentions are ade-
quately presented in the materials before
the court and argument would not aid the
decisional process.

*DISMISSED.*

---

* The district court clerk treated Kerr's notice of
appeal as seeking to appeal the district court's
March 23, 2012 order adopting the magistrate
judge's recommendation to dismiss Kerr's
§ 2255 motion. To the extent Kerr seeks in
the present appeal to challenge the district

court's rulings at resentencing in May 2012,
his arguments are more properly raised in the
pending direct appeal of the district court's
amended judgment. That appeal has been
assigned case No. 12–4775.